# MINTZ & OPPENHEIM LLP
260 MADISON AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10016

MARSHALL A. MINTZ　　　　　　　　　　　　　　　　　　　　　　　　　　　TEL (212) 447-1800
LAURA A. OPPENHEIM　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (212) 448-0066

August 8, 2023

By CM/ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Edward Roberts, LLC v. Indiana Economic Development Corp.*,
              1:22-cv-00985-PKC-CLP

Judge Chen:

      The parties have begun conducting depositions in this case and there are certain non-party witnesses whose in-person testimony at trial may not be able to be compelled due to the 100-mile limit in Fed. R. Civ. P. 45(c)(1)(A).

      In order to allow us to make appropriate arrangements for the depositions of those witnesses, the parties jointly submit this letter to request guidance from the Court about whether, pursuant to Fed. R. Civ. P. 43(a), it would consider permitting the use of live testimony by video during any trial in this case.

      I thank the Court in advance.

                                            Respectfully,

                                            Marshall A. Mintz

MAM/

cc:    All counsel (by CM/ECF)