

**Bradley M. Dick**
Direct Dial: (317) 684-5370
Fax: (317) 223-0370
E-Mail: BDick@boselaw.com

August 29, 2024

Judge Pamela K. Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    *Edward Roberts, LLC d/b/a ERlifescience v. Indiana Economic Development Corp.* Case No. 1:22-cv-00985-PKC-RLM

Dear Judge Chen:

On August 8, 2024, this Court ordered that Defendant's opening brief to their summary judgment shall be due on or before September 9, 2024. Defendant, Indiana Economic Development Corporation ("IEDC"), respectfully files this unopposed request that this Court extend that deadline by ten (10) days, and extend the corresponding response and reply deadlines by the same amount of time.

IEDC's counsel has the following matters, among other items, that despite due diligence preclude IEDC from meeting the current deadline of September 9, 2024:

1. Undersigned counsel had a bench trial on August 26, 2024, in *Town of Fortville v. G. Lenzy Hendrix, Jr.*, Cause No. 30D01-2307-PL-00197 (Hancock County Superior Court);
2. IEDC's counsel has a summary judgment oral argument on August 30, 2024, in *Renaissance Associates I v. City of Hammond*, Cause No. 45D02-1610-PL-00065 (Lake County Superior Court);
3. IEDC's undersigned counsel has an oral argument before the Seventh Circuit Court of Appeals on September 5, 2024 in the matter of *City of Hammond v. Lake County Judicial Nominating Commission, et al.,* Cause No. 24-1125; and
4. IEDC's counsel Bryan H. Babb has an oral argument before the Indiana Supreme Court on September 5, 2024 in the matter of *EdgeRock Dev., LLC, v. G.H. Garmong & Son, Inc.*, No. 24S-PL-00184.

In addition, undersigned counsel broke his ankle this summer and has physical therapy and doctor appointments, including on August 14th, 15th, 29th, September 9th, and September 18th.

IEDC reached out to Edward Roberts' counsel regarding this requested extension on August 27, 2024, and Edward Roberts does not object.

111 Monument Circle, Suite 2700 | Indianapolis, Indiana 46204 | (317) 684-5000 | (317) 684-5173 (fax) | www.boselaw.com

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than 60 countries.



IEDC respectfully requests that this Court extend the current deadlines as set out in the court's order of August 8, 2024 with Defendant's opening brief to be due by September 20, 2024, Plaintiff's opposition brief due by October 21, 2024, and Defendant's reply brief, if any, due by November 4, 2024.

Very truly yours,

*/s/ Bradley M. Dick*

4833060

111 Monument Circle, Suite 2700  |  Indianapolis, Indiana 46204  |  (317) 684-5000  |  (317) 684-5173 (fax)  |  www.boselaw.com

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than 60 countries.