MINTZ LAW PLLC

260 Madison Avenue
18th Floor
New York, New York 10016

T: (212) 447-1800
F: (212) 448-0066

November 18, 2024

By Electronic Mail [bdick@boselaw.com, bbabb@boselaw.com]

Bradley M. Dick
Bryan H. Babb
BOSE MCKINNEY &EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Re: Edward Roberts, LLC v. Indiana Economic Development Corp.,
1:22-cv-00985-PKC-CLP

Counsel:

On behalf of Plaintiff Edward Roberts, LLC, attached please find Plaintiff's Brief with Appendix in Opposition to Defendant's Motion for Summary Judgment, Counsel's Declaration accompanying that Brief, and Plaintiff's Response to Defendant's Rule 56.1 Statement.

Yours,

/s/ Marshall A. Mintz
Marshall A. Mintz

MAM/

Enclosures